**EXHIBIT 3**

# SUMMARY OF ESTIMATED ASSETS AND LIABILITIES (UNAUDITED)

## ASSETS

| | |
|---|---|
| Real Estate | $2,600,000.00 |
| Cash | $20,000.00 |
| **Total Assets** | **$2,620,000.00** |

## LIABILITIES

| | |
|---|---|
| Mortgage Loan Payable | $2,400,000.00 |
| Trade Debt | $1,000.00 (Estimated) |
| **Total Liabilities** | **$2,401,000.00** |